1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ8542 PCL |
|---|---|---|
| Plaintiff, | )))) | ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL |
| v. | ) | |
| Feliciano Santana FRAYLE-Lizarraga, Defendant. | )))) | |

17  In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a detention hearing was
18 scheduled for June 16, 2008, to determine whether defendant should be held in custody without bail
19 pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States
20 Attorney John F. Weis appeared on behalf of the United States Attorney; Matthew Hagen of Federal
21 Defenders, Inc. appeared on behalf of the Defendant.

22  At the hearing the Defendant knowingly and voluntarily waived his right, on the record and in
23 the presence of counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court
24 orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without
25 prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without
26 prejudice or a waiver of the right of the United States to seek detention in the event of an application by
27 Defendant for such relief.

28

1

| | |
|---|---|
| 1 | ORDER |
| 2 | IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, |
| 3 | sentencing in these matters. |
| 4 | IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney |
| 5 | General or her designated representative for confinement in a corrections facility separate, to the extent |
| 6 | practicable, from persons awaiting or serving sentence or being held in custody pending appeal.  The |
| 7 | Defendant shall be afforded reasonable opportunity for private consultation with counsel. |
| 8 | While in custody, upon order of a court of the United States or upon the request of an attorney |
| 9 | for the United States, the person in charge of the correctional facility shall deliver the Defendant to the |
| 10 | United States Marshal for the purpose of and appearance in connection with a court proceeding or any |
| 11 | other appearance stipulated to by defense and government counsel. |
| 12 | This order is made without prejudice to modification by this Court and without prejudice to the |
| 13 | Defendant's exercise of his right to bail and a detention hearing at a future date. |
| 14 | IT IS SO ORDERED. |
| 15 | |
| 16 | DATED: June 16, 2008 |

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court