FILED
JUN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /M Om            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury  08 CR 2126 L

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>     v. )<br>FELICIANO SANATANA<br>    FRAYLE-LIZARRAGA, )<br>            Defendant. ) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana |

The grand jury charges:

On or about June 12, 2008, within the Southern District of California, defendant FELICIANO SANATANA FRAYLE-LIZARRAGA did knowingly and intentionally import 1,000 kilograms and more, to wit: approximately 6,587.68 kilograms (14,492.89 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    MICHELLE M. PETTIT
    Assistant U.S. Attorney

SWH:fer:Imperial
6/25/08