| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI WALKER HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027 /(619) 557-3445 |
| | Email: sherri.hobson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2126-L |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIANO SANATANA FRAYLE-LIZARRAGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Sherri Walker Hobson | 142947 | 619-557-5027 | sherri.hobson@usdoj.gov |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

DATED: June 30, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Sherri Walker Hobson
SHERRI WALKER HOBSON
Assistant United States Attorney

Notice of Appearance
United States v. Feliciano Sanatana Frayle-Lizarraga                          2                                                                  08cr2126-L

|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2126-L |
|---|---|---|
|    Plaintiff, | ) |   |
|    v. | ) | CERTIFICATE OF SERVICE |
| FELICIANO SANATANA FRAYLE-LIZARRAGA, | ) |   |
|    Defendant. | ) |   |

IT IS HEREBY CERTIFIED THAT:

I, Jonathan Shapiro, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kasha K. Pollreisz, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2008.

s/Sherri Walker Hobson
SHERRI WALKER HOBSON
Assistant U.S. Attorney

Notice of Appearance
United States v. Feliciano Sanatana Frayle-Lizarraga                     08cr2126-L