**FILED**
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR2126-L |
| Plaintiff, ) | |
| v. ) | ORDER |
| FELICIANO FRAYLE-LIZARRAGA, ) | |
| Defendant. ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The government preserve the following evidence during the pendency of this case: the tractor-trailer seized in this case, any and all of the tractor-trailer's parts, including those which may have been removed or taken off the body of the vehicle or trailer, all of the contents of the tractor/trailer and any personal effects taken from Mr. Frayle-Lizarraga. Further, that all government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the vehicle.

**IT IS SO ORDERED.**

DATED: 7/21/08

_____
HONORABLE M. JAMES LORENZ
United States District Court Judge