UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 DEC 18 AM 7:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>FELICIANO SANTANA FRAYLE-LIZZARRAGA (1),<br><br>                Defendant. | CASE NO. 2008CR2126-L<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

XX   the jury has returned its verdict, finding the defendant not guilty;

      of the offense(s) of: 21:952 AND 960 - IMPORTATION OF MARIJUANA

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 17, 2008

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____